IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| BENNIE JAMES WALKER, | ) |
| Plaintiff, | ) |
| v. | ) CV 317-018 |
| SHAWN EMMONS, Warden; CHERIE PRICE, Deputy Warden; KHALILAH WILLIAMS; and PAMELA CASON, | ) |
| Defendants. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES** Plaintiff's motion to proceed *in forma pauperis* (doc. no. 2) **DENIES AS MOOT** Plaintiff's motion for counsel (doc. no. 3), and **DISMISSES** this action without prejudice. If Plaintiff wishes to proceed with the claims raised in this lawsuit, he must initiate a new lawsuit by filing a new complaint. Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002).

SO ORDERED this 25th day of May, 2017, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE